IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-01841-MSK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

117.24 ACRES OF LAND, MORE OR LESS, SITUATED IN LA PLATA, COLORADO; and STATE OF COLORADO; ATMOS ENERGY CORP., a Texas Corporation; LA PLATA COUNTY TREASURER, LA PLATA, COLORADO; and UNKNOWN OWNERS,

    Defendants.

**ORDER**

This matter comes before the Court on the Unopposed Joint Motion To Amend Scheduling Order, **(DN 62)**, filed by Defendant State of Colorado and Plaintiff United States of America seeking to amend the Scheduling Order to enlarge the discovery time by thirty (30) days and extend discovery to and including March 2, 2006, and to extend the deadline for the filing of dispositive motions until March 17, 2006, and it appearing that the amendment to the Scheduling Order will not change the date upon which the trial is scheduled to commence and will save the parties and the non-parties the time and expense of formal discovery, and for good and sufficient cause having been shown, it is hereby

ORDERED that Unopposed Joint Motion To Amend Scheduling Order is granted; and it is further

ORDERED that section 7b of the Scheduling Order entered by the Court on October 26, 2005, is hereby amended to enlarge the discovery time by thirty (30) days and the discovery cut-off date is extended to and including March 2, 2006; and it is further

ORDERED that section 7c of the Scheduling Order entered by the Court on October 26, 2005, is hereby amended to extend the deadline for the filing of dispositive motions to and including March 17, 2006

DATED this 24th Day of January, 2006

BY THE COURT

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge

MJW/sec