IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01841-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

115.38 ACRES OF LAND, MORE OR LESS,
SITUATED IN LA PLATA COUNTY, COLORADO; and
STATE OF COLORADO
ATMOS ENERGY GROUP CORP., a Texas Corporation;
LA PLATA COUNTY TREASURER, LA PLATA, COLORADO; and
Unknown Owners,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff United States' Unopposed Motion for a Protective Order (docket no. 69) is GRANTED finding good cause shown. The written Protective Order is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: February 2, 2006