IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01841-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

115.38 ACRES OF LAND, MORE OR LESS,
SITUATED IN LA PLATA COUNTY, COLORADO; and
STATE OF COLORADO
ATMOS ENERGY GROUP CORP., a Texas Corporation;
LA PLATA COUNTY TREASURER, LA PLATA, COLORADO; and
Unknown Owners,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Joint Motion to Amend Scheduling Order (docket no.77) is GRANTED.  The deadline to file dispositive motions is extended to May 1, 2006.  The Rule 16 Scheduling Order is amended consistent with this Order.

Date:   March 1, 2006