IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01841-MSK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

117.54 ACRES OF LAND, MORE OR LESS,
SITUATED IN LA PLATA COUNTY, COLORADO; and

STATE OF COLORADO;
LA PLATA COUNTY TREASURER, LA PLATA, COLORADO;
COLORADO TELEPHONE COMPANY;
MESA GRANDE GAS COMPANY;
COLORADO-UTE ELECTRIC ASSOCIATION, INC.;
BOARD OF COUNTY COMMISSIONERS, LA PLATA COUNTY, COLORADO;
PEOPLES NATURAL GAS COMPANY;
THE WILLIAMS COMPANIES;
ENTERPRISE PRODUCTS PARTNERS L.P.;
ATMOS ENERGY CORPORATION; and
UNKNOWN OWNERS,

    Defendants.

## ORDER SUBSTITUTING
## NORTHWEST PIPELINE CORPORATION FOR
## DEFENDANT THE WILLIAMS COMPANIES, INC.,

Pursuant to Fed. R. Civ. 15(a) and the *Stipulated Agreement by and among Plaintiff United States of America, Defendant The Williams Companies, Inc., and Northwest Pipeline Corporation to Substitute the Real Party in Interest* filed herein, and for good and sufficient cause having been shown, it is hereby

ORDERED that Northwest Pipeline Corporation shall be and hereby is substituted for Defendant The Williams Companies, Inc., as the real party in interest; and it is further

ORDERED that Northwest Pipeline Corporation is and shall be named as a defendant in this civil condemnation action; and it is further

ORDERED that The Williams Companies, Inc., shall be and hereby is dismissed as a defendant in this civil condemnation action; and it is further

ORDERED that the caption of this civil condemnation action shall be and hereby is amended to strike The Williams Companies, Inc., as a defendant and to add Northwest Pipeline Corporation as a defendant.

Dated this 17th day of May 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge