IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01841-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

117.54 ACRES OF LAND, More or Less, Situated in La Plata County, Colorado,
STATE OF COLORADO,
LA PLATA COUNTY TREASURER, LA PLATA, COLORADO,
COLORADO TELEPHONE COMPANY,
MESA GRANDE GAS COMPANY,
COLORADO-UTE ELECTRIC ASSOCIATION, INC.,
BOARD OF COUNTY COMMISSIONERS, LA PLATA COUNTY, COLORADO,
PEOPLES NATURAL GAS COMPANY,
NORTHWEST PIPELINE CORPORATION,
ENTERPRISE PRODUCTS PARTNERS L.P.,
ATMOS ENERGY CORPORATION,
LA PLATA ELECTRIC ASSOCIATION, INC., and
UNKNOWN OWNERS,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO ORDER REVESTMENT, AND IDENTIFYING UNRESOLVED MATTERS

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion to Order Revestment of Certain Perpetual Easements Condemned by Plaintiff United States of America **(#126)**. Based upon the stipulation of the parties, the Court

**FINDS** that:

This is a condemnation action commenced by the Plaintiff. On February 6, 2007, the

Court issued an Order to Show Cause **(#122)** addressing the Plaintiff's failure to either prosecute or resolve this action. The Order noted that four Defendants had disclaimed an interest in the condemned property, but six Defendants had not answered the Fourth Amended Complaint, and another Defendant had filed an Answer but not a disclaimer.

After issuance of that Order, four additional Defendants – Northwest Pipeline Corporation, Enterprise Products Partners, Atmos Energy Corporation, and La Plata Electric Association – filed disclaimers of interest in the subject property **(#123, #124, #128, #130)**. In addition, the Plaintiff and Defendant State of Colorado reached a settlement of all claims **(#129)** and request that four easements be revested in the State of Colorado **(#125, #126)**. By its express terms, the settlement agreement became effective upon the filing of such agreement, and there is no longer a controversy between the Plaintiff and Defendant State of Colorado. Defendants Mesa Grande Gas Company and Peoples Natural Gas Company, however, have not filed any documents stating their position with regard to the Plaintiff's condemnation claims against them, nor has the Plaintiff requested entry of a default judgment against them.

**IT IS THEREFORE ORDERED** that:

(1) The Order of Possession entered by this Court on January 13, 2003 is vacated in part.

(2) The perpetual easements condemned by Plaintiff United States on, over, under, and across Parcel RBR-12CX1(P), Parcel RBR-12CX2(P), Parcel RBR-12CX3(P), and Parcel RBR-12CX4(P) shall be and hereby are released and revested to Defendant State of Colorado. The legal description for each of the said parcels is more particularly described as:

A portion of Section 32, Township 35 North, Range 9 West, N.M.P.M.;

A portion of Section 32, Township 34.5 North, Range 9 West, N.M.P.M.;

A portion of Section 31, Township 34.5 North, Range 9 West, N.M.P.M.

Each said Parcel is more particularly described as:

Parcel RBR-12CX1(P)

> Commencing at the North West Corner of Section 32, Township 35 North, Range 9 West, N.M.P.M., thence S.28°59'47"W., a distance of 7,912.18 feet to the POINT OF BEGINNING; thence N.28°46'44"E., a distance of 176.90 feet; thence N.61°35'48"E., a distance of 155.24 feet to a point of curve to the right having a radius of 647.14 feet and a central angle of 20°35'40"; thence easterly along the arc a distance of 232.61 feet; thence N.82°11'28"E., a distance of 299.93 feet to a point of curve to the left having a radius of 293.34 feet and a central angle of 44°12'36"; thence northeasterly along the arc a distance of 226.34 feet; thence N.37°58'51"E., a distance of 113.95 feet; thence N.78°56'59"E., a distance of 1,244.93 feet; thence S.62°21'00"W., a distance of 4.87 feet; thence S.78°13'11"W., a distance of 1,052.55 feet; thence S.05°02'39"W., a distance of 265.29 feet; thence S.47°58'18"W., a distance of 28.58 feet; thence S.74°58'23"W., a distance of 834.27 feet; thence S.80°42'34"W., a distance of 272.03 feet; thence S.74°16'46"W., a distance of 71.33 feet to the POINT OF BEGINNING.
>
> Containing 242,860 square feet or 5.58 acres, more or less.

Parcel RBR-12CX2(P):

> Commencing at the North West Corner of Section 32, Township 35 North, Range 9 West, N.M.P.M., thence S.13°14'51"W., a distance of 6,602.03 feet to the POINT OF BEGINNING; thence N.62°21'00"E., a distance of 361.62 feet; thence N.44°29'16"E., a distance of 170.55 feet; thence N.16°10'13"E., a distance of 453.55 feet; thence N.65°30'41"E., a distance of 235.03 feet; thence N.38°05'58"E., a distance of 293.96 feet; thence N.79°34'04"E., a distance of 131.56 feet; thence S.28°45'02"W., a distance of 412.85 feet; thence S.63°02'52"W., a distance of 317.53 feet;

    thence S.19°34'22"W., a distance of 516.46 feet; thence S.78°56'59"W., a distance of 444.41 feet to the POINT OF BEGINNING.

    Containing 156,169 square feet or 3.59 acres, more or less.

Parcel RBR-12CX3(P):

    Commencing at the North West Corner of Section 32, Township 35 North, Range 9 West, N.M.P.M., thence S.06°45'45"W., a distance of 5,112.32 feet to the POINT OF BEGINNING; thence N.60°01'58"E., a distance of 340.07 feet; thence S.39°04'01"W., a distance of 175.10 feet; thence S.79°34'09"W., a distance of 187.35 feet to the POINT OF BEGINNING.

    Containing 10,653 square feet or 0.24 acres, more or less.

Parcel RBR-12CX4(P)

    Commencing at the North West Corner of Section 32, Township 35 North, Range 9 West, N.M.P.M., thence S.17°13'19"E., a distance of 4,131.17 feet to the POINT OF BEGINNING; thence N.87°41'07"E., a distance of 64.16 feet; thence N.62°10'19"E., a distance of 163.64 feet; thence S.15°36'40"W., a distance of 85.50 feet; thence S.61°57'25"W., a distance of 251.15 feet; thence N.00°51'25"E., a distance of 68.54 feet; thence N.00°51'00"E., a distance of 52.80 feet; thence N.89°48'51"E., a distance of 34.04 feet to the POINT OF BEGINNING.

    Containing 18,836 square feet or 0.43 acres, more or less.

    (3)    Parcel RBR-12CX1(P), Parcel RBR-12CX2(P), Parcel RBR-12CX3(P), and Parcel RBR-12CX4(P) shall be and hereby are removed from the First Ridges Basin Inlet Conduit Easement as defined in Schedule B and delineated in the map in Schedule C attached to the Declaration of Taking filed in this civil condemnation action.

    (4)    No just compensation is due and owing in reference to the perpetual easements on, over, under, and across Parcel RBR-12CX1(P), Parcel RBR-12CX2(P), Parcel RBR-12CX3(P),

and Parcel RBR-12CX4(P).

(5) The Plaintiff and the State of Colorado shall bear their own attorney fees, costs and expenses related to the revestment of the perpetual easement on, over, under, and across Parcel RBR-12CX1(P), Parcel RBR-12CX2(P), Parcel RBR-12CX3(P), and Parcel RBR-12CX4(P).

(6) All claims by the Plaintiff against Defendants State of Colorado, La Plata County Treasurer, Colorado Telephone Company, Colorado-Ute Electric Association, La Plata County Board of County Commissioners, Northwest Pipeline Corporation, Enterprise Products Partners, Atmos Energy Corporation, and La Plata Electric Association have been resolved, either by settlement agreement, stipulation, or disclaimer of interest.

(7) The claims by the Plaintiff against Defendants Mesa Grande Gas Company and Peoples Natural Gas Company remain unresolved. As to these two Defendants, the hearing set for February 13, 2007 at 8:00 a.m. shall proceed as scheduled. Apart from these two Defendants, no other Defendant is required to appear at such hearing.

Dated this 12th day of February, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

5